Certificate Number: 12433-PAM-DE-037892855

Bankruptcy Case Number: 23-02351


12433-PAM-DE-037892855

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 29, 2023, at 6:47 o'clock PM EDT, Edwin J. Altamirano completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 30, 2023

By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher